THE STATE *v.* DANIEL R. McINTOSH.

Upon the trial of issues in proceedings for bastardy the defendant is a competent witness.

(*State* v. *Waldrop*, 63 N. C. 507; *State* v. *Pate*, Bus. 244, cited and approved.)

SPECIAL PROCEEDINGS *for bastardy,* tried before *Cannon, J.,* at Fall Term 1869 of YANCEY Court.

Upon the trial of the issues, the defendant tendered himself as a witness, but his Honor excluded him, as incompetent. The defendant excepted.

Verdict, *Guilty;* Judgment accordingly, and Appeal by the defendant.

*Phillips & Merrimon,* for the appellant.
*F. H. Busbee, contra.*

DICK, J. A proceeding in bastardy, is a civil action, as distinguished from a criminal action : Const. Art. IV, s. 1.

Under the Code of Civil Procedure, it is a special proceeding, as distinguished from a civil action proper. In such special proceeding a party may be examined as a witness in his own behalf : C. C. P. §§ 342–3; *State* v. *Waldrop,* 63 N. C. 507; *State* v. *Pate,* Bus. 244.

There was error in the ruling of his Honor, and there must be a *venire de novo* upon the issues submitted.

Let this be certified.

PER CURIAM. *Venire de novo.*